COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 February 19, 2015
 No. 10-13-00365-CR
 DARREL WAYNE WASHINGTON
 v.
 THE STATE OF TEXAS
 
 
 From the 19[th] District Court
 McLennan County, Texas
 Trial Court No. 2011-1691-C1
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly the trial court's judgments as to Count I and Count II, each signed on October 9, 2013, are affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement. 
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk